UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESSICA RAMIREZ, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-14 |
| THE UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants. | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 31, 2019, the United States Magistrate Judge issued a Report and Recommendation (Doc. 14) recommending that the Government's Motion to Dismiss (Doc. 5) should be granted. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 14). Accordingly, it is:

**ORDERED** that the Motion to Dismiss (Doc. 5) is **GRANTED**;

**ORDERED** that any claims against Defendants Agent Manuel Antonio Fuentes and U.S. Customs and Border Protection are dismissed without prejudice for lack of jurisdiction; and

**ORDERED** that any claims made against Defendant United States of America are dismissed with prejudice as untimely filed.

SIGNED this 17th day of October, 2019.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge